# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| SEMCON TECH, LLC,<br><br>　　　　Appellant,<br><br>　　v.<br><br>MICRON TECHNOLOGY INC.<br><br>　　　　Appellee. | Case No. 15-1936<br><br>**APPELLANT'S MOTION FOR 30-DAY EXTENSION TO FILE PRINCIPAL BRIEF** |

Pursuant to Federal Circuit Rule 26(b), Appellant Semcon Tech, LLC ("Appellant") hereby moves for an extension of 30 days for Appellant to file its principal brief. If the motion is granted, the time for filing the principal brief would be extended from October 20, 2015 to November 19, 2015.

Good cause supports the requested extension, as Appellant's counsel assisting with the drafting of the principal brief was already scheduled to be out of the country for one-and-a-half weeks immediately before the current October 20, 2015 deadline, prior to the issuance of the underlying district court judgment being appealed.

No previous extensions for filing the principal brief have been requested or granted.

Pursuant to Federal Circuit Rule 26(b)(2) and 26(b)(3), Appellant informed Appellee that it would seek this extension on September 10, 2015. As of the date

1

of the filing of this Motion, Appellee has stated that it agrees with the extension requested herein.

For the foregoing reasons, Appellant respectfully requests that this Court grant its Motion, and extend the deadline for the filing of Appellant's principal brief by 30 days, from October 20, 2015 to November 19, 2015.

Counsel for Appellant signing below declares the factual statements contained above are true and correct, to the best of his knowledge, under penalty of perjury.

Dated: September 25, 2015

_____
Jeffrey Z.Y. Liao

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Adam S. Hoffman, CA Bar No. 218740
E-mail: ahoffman@raklaw.com
Paul A. Kroeger, CA Bar No. 229074
E-mail: pkroeger@raklaw.com
Jeffrey Z.Y. Liao, CA Bar No. 288994
E-mail: jliao@raklaw.com
Jacob Buczko, CA Bar No. 269408
E-mail: jbuczko@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE  19899
rkirk@byardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com
(302) 655-5000

*Attorneys for Appellant Semcon Tech, LLC*